IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH OAT HOLDINGS, INC., BIOTHANE CORPORATION, ROBERT SAX, MICHAEL HOLTZ, GRAIG ROSENBERGER, MARTIN KAPLAN, RONALD KAPLAN, JOHN MURPHY, AND RCM BIOTHANE, LLC, <br>    Plaintiffs, <br>    v. <br> RCM DIGESTERS, INC. AND MARK MOSER, <br>    Defendants. | CIVIL NO. 06-4449(NLH) <br><br> **ORDER** |

**APPEARANCES:**
Richard J. Kravitz, Esquire
Fox Rothschild, LLP
Princeton Pike Corporate Center, Building 3
997 Lenox Drive
Lawrenceville, NJ 08648-2311
*Attorney for Plaintiffs*

William J. DeSantis
Ballad Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Main Street
Suite 500
Voorhees, NJ 08043
*Attorney for Defendants*

**HILLMAN**, District Judge

For the reasons expressed in the Court's Opinion filed on this date,

**IT IS HEREBY ORDERED** on this 24th day of August, 2007, that:

A. **Submit to Jury:** the following claims and counterclaims are legal in nature and not governed by a waiver of jury trial and, therefore, will be submitted to the jury:

<u>Plaintiffs' Claims</u>

*Count 1* - alleging breach of the Separation Agreement in violation of the Lanham Act;

*Count 2* - alleging unfair competition through use of the Biothane(R) trademark;

*Count 4* - alleging breach of contract related to the Separation Agreement;

*Count 5* - alleging breach of the covenant of good faith and fair dealing arising out of the Separation Agreement; and

*Count 7* - requesting a Writ of Replevin related to the Accounts Receivable and the Separation Agreement

<u>Defendants' Counterclaims</u>

*Count 1 as to Separation Agreement only* - against JOHI, Biothane, Mr. Sax, Mr. Murphy, and Mr. Kaplan alleging fraud in the inducement;

*Count 3* - against all Plaintiffs - alleging breach of contract with respect to the Separation Agreement;

*Count 4* - against Biothane - alleging breach of contract with respect to the Separation Agreement;

*Count 5 as to Separation Agreement only* - against JOHI, Biothane, and all of the Individual Plaintiffs alleging breach of the implied covenant of good faith and fair dealing;

>    *Count 6* - against JOHI and all of the Individual Plaintiffs - alleging breach of fiduciary duty;
>
>    *Count 9* - against Biothane and all of the Individual Plaintiffs - alleging trademark infringement in violation of the Lanham Act;
>
>    *Count 11* - against JOHI, Biothane, and all of the Individual Plaintiffs - alleging breach of the Confidentiality Agreement;
>
>    *Count 12* - against JOHI, Biothane, and all of the Individual Plaintiffs - alleging misappropriation of trade secrets in relation to the Confidentiality Agreement;
>
>    *Count 13* - against JOHI, Biothane, and all of the Individual Plaintiffs - alleging unjust enrichment;
>
>    *Count 14* - against JOHI and Mr. Murphy - alleging libel; and
>
>    *Count 15* - against JOHI, Biothane, and all of the Individual Plaintiffs - alleging intentional infliction of emotional distress.

> B.   **Not to be Submitted to Jury**: the following claims and counterclaims are governed by a waiver of jury trial provision and, therefore, will not be submitted to the

3

jury:

<u>Plaintiffs' Claims</u>

*Count 6* - alleging breach of fiduciary duty by Mr. Moser under the Operating Agreement; and

*Count 8* - alleging fraud with regard to the Employment Agreement, the Operating Agreement, and the Asset Purchase Agreement.

<u>Defendants' Counterclaims</u>

*Count 1 as to the Asset Purchase Agreement, the Operating Agreement, and the Restrictive Covenant Agreement* - against JOHI, Biothane, Mr. Sax, Mr. Murphy, and Mr. Kaplan alleging fraud in the inducement;

*Count 2* - against JOHI - alleging breach of contract with regard to the Operating Agreement;

*Count 5 as to the Operating Agreement and the Employment Agreement* - against JOHI, Biothane, and all of the Individual Plaintiffs alleging breach of the covenant of good faith and fair dealing;

*Count 7* - against JOHI - alleging breach of contract with regard to the Employment Contract;

*Count 8* - against Biothane and all of the Individual Plaintiffs - alleging violation of the Anticybersquatting Act with respect to the Asset

       Purchase Agreement; and

  *Count 10* - against JOHI, Biothane, and all of the Individual Plaintiffs - alleging unlawful interference with prospective economic advantage with regard to the Asset Purchase Agreement.

**C.**   **Discretionary Submission to Jury on Factual Issues**: the following claims and counterclaims may at the Court's discretion be submitted to the jury to make factual findings:

<u>Plaintiffs' Claims</u>

*Count 3* - requesting a declaratory judgment that the Separation Agreement is valid.

<u>Defendants' Counterclaims</u>

*Count 16* - requesting a decree of judicial dissolution.

At Camden, New Jersey

<u>s/ Noel L. Hillman</u>
NOEL L. HILLMAN, U.S.D.J.